

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00032-CR

| | | |
|---|---|---|
| MICHAEL JOSEPH GOWAN, Appellant | § | On Appeal from the 89th District Court |
| | § | of Wichita County (30,832-C) |
| V. | § | April 23, 2020 |
| | § | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's January 29 and September 27, 2018 orders entered under Tex. Code Crim. Proc. Ann. Article 64.04. Accordingly, we affirm these orders.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM